# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133305
133306
133307

JAMES TAYLOR, as Personal
Representative of the Estate of
Afradita Taylor, Deceased,
          Plaintiff-Appellant,

v

          SC: 133305-133307
          COA: 262763, 262771, 262777
          Oakland CC: 03-053470-NH

RAMALINGESWARA YALAMANCHI,
M.D., R. R. YALAMANCHI, M.D., P.C.,
PANKAJ K. VIJ, M.D., DAVID M.
MONTGOMERY, M.D., MITUL K. PATEL,
M.D., GRAHAM W. LONG, M.D., and
WILLIAM BEAUMONT HOSPITAL,
          Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the January 18, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St Joseph Mercy Hosp* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk